UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| RANDY WILSON | CIVIL ACTION NO. 13-2852 |
| VERSUS | JUDGE ELIZABETH FOOTE |
| BURL CAIN | MAGISTRATE JUDGE PEREZ-MONTES |

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, and noting the lack of written objections filed by Plaintiff, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's petition for issuance of a writ of habeas corpus be and hereby is **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 24th day of March, 2017.

Elizabeth Erny Foote
United States District Judge